AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED
APR 0 1 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br><br>SHIFERAW NEGASH LEMONS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 7:24-mj-1070-RJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 21, 2024__ in the county of __Robeson__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1201 | Kidnapping |

This criminal complaint is based on these facts:

See attached.

☒ Continued on the attached sheet.

_____
Complainant's signature

Rachelle Glenn, FBI Special Agent
Printed name and title

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Rachelle Glenn by telephone__ *(specify reliable electronic means).*

Date: __April 1 2024__

_____
Judge's signature

City and state: __Wilmington, North Carolina__    Robert B. Jones, Jr., United States Magistrate Judge
Printed name and title

I, Special Agent Rachelle Glenn, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent with the Federal Bureau of Investigation currently assigned to the Fayetteville Resident Agency, Charlotte Division. I have been employed by the FBI since 2015. My duties include investigations of violations of federal criminal law throughout the Eastern and Middle Districts of North Carolina (NC), including crimes committed on Federal Property, such as Fort Liberty, NC, which falls under the jurisdiction of the FBI. I have over eight years of experience investigating violations of federal law, to include violent criminal cases such as kidnappings, homicides, bank robberies, carjackings, human trafficking, gangs, and violent crimes against children. I am also the Task Force Coordinator for the Sandhill's Child Exploitation and Sex Trafficking Task Force. Through formal and on the job training, I have developed experience in investigations dealing with violent offenses as set forth in the United States Code. As an FBI Special Agent, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States.

2. I make this affidavit in support of an application for an arrest warrant for SHIFERAW NEGASH LEMONS.

3. The information contained in this affidavit is based upon my personal knowledge and observation, my training and experience, communications with other law enforcement officers and witnesses, and the review of documents and records. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, I respectfully assert that there is probable cause to believe that SHIFERAW NEGASH LEMONS (LEMONS) committed a kidnapping in violation of Title 18, United States Code, Section 1201.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6. On March 21, 2024, at approximately 1500 hours, T.R.H. reported to the Lumberton Police Department that her one-year-old daughter, A.M. and four-year-old son, T.H. were taken by LEMONS. The children were taken during a violent altercation when LEMONS assaulted T.R.H., and stole her vehicle, a Chrysler 300, VIN 2C3CCAAG8EH375406. T.H. and A.M. were still in the vehicle when LEMONS

took the vehicle from the parking lot of the Econo Lodge at 2320 Capuano Road, Lumberton, NC 28358.

7. T.R.H. attempted to track LEMONS via his cellular phone, but his cellular phone stopped moving and appeared to have been turned off according to exigent records received from AT&T. The Chrysler 300 was purchased from K and K Auto sales, 820 M.L.K. Jr. Drive, Lumberton, NC 28358, which had GPS tracking on the vehicle. The company provided GPS locations to law enforcement officers with the Lumberton Police Department, which were relayed to law enforcement officers near the vicinity of the vehicle. This allowed Johnston County Deputies and the North Carolina State Highway Patrol Troopers (NCSHP) to intercept the vehicle and LEMONS in Johnston County. According to the Raleigh Police Department Incident Detail Reports received from the Johnston County District Attorney's office, a high-speed chase ensued with speeds reaching 130 mph. LEMONS was finally taken into custody by Johnston County Deputies and the children recovered and taken to WakeMed Children's Hospital after LEMONS crashed the vehicle into a tractor trailer in Raleigh, NC.

8. T.R.H. stated that T.H. and A.M. are not LEMONS' children. T.H.'s father had a paternity test done and currently pays child support to T.R.H. The father of A.M. does not pay child support according to T.R.H. but has been made aware that A.M. is his daughter. No father is listed on either of the children's birth certificates.

9. T.R.H. reported that she began dating LEMONS in February 2024. While they were dating, LEMONS was abusive to T.R.H. on multiple occasions, to include choking, beating her head against the floor, and punching her.

10. On March 20, 2024, T.R.H. reported that LEMONS punched a hole in their bedroom door and verbally threatened to burn the house down and kill T.R.H., T.H., and A.M. T.R.H. messaged a family member, who called law enforcement. Officers with the Lumberton Police Department arrived and took LEMONS to the Econo Lodge at 2320 Capuano Road, Lumberton, NC 28358 that evening in order to separate them.

11. On the following day, March 21, 2024, T.R.H. spoke with LEMONS on the phone while he was at the Econo Lodge. LEMONS told T.R.H. that he had a gun and threatened a couple that was staying at the hotel while she was on the phone with him. LEMONS told T.R.H. he hid the gun outside at the hotel. That same day, T.R.H. decided to bring LEMONS some papers from the residence, when another argument ensued. T.R.H. was talking to LEMONS through a crack in the passenger side window when LEMONS forced his hand into the car and opened the door. LEMONS then forcibly began to pull T.R.H. towards the passenger side of the vehicle. T.R.H. tried to reverse the vehicle at one point to prevent LEMONS from getting her. T.R.H. was able to escape out the driver's side door, but LEMONS pursued T.R.H. and grabbed the car keys from T.R.H. T.R.H. ran from LEMONS, but LEMONS then got into the driver side of the car. T.R.H. attempted to get in as well and put the car in park, but LEMONS pushed T.R.H. out of the vehicle. LEMONS drove off with her

children, T.H. and A.M., who were strapped into their seats in the back of the vehicle. LEMONS was never given permission by T.R.H. to take the vehicle or her children during this incident.

12. T.R.H. messaged LEMONS via text message and told him "Bring me my kids" and "Please don't kill my kids," but T.R.H. believed that LEMONS blocked her because she was no longer able to see where his location was on her phone. T.R.H. was afraid of what LEMONS might do with her children in the vehicle, because when T.R.H. and LEMONS were driving for Door Dash in Fayetteville on a previous day, LEMONS had assaulted T.R.H. in the vehicle and threatened to "wreck this bitch" with her and her children in the car.

13. T.R.H. had what appeared to be multiple bruises on her upper arm, hand, and a painful, swollen knuckle from where he attempted to grab her hand and pull it through the window.

14. The Chrysler 300, VIN 2C3CCAAG8EH375406 was manufactured at a plant in Ontario, Canada.

15. Based on my training and experience and the experience of other trained law enforcement officers in the field of investigations, I believe that, based on the fact that LEMONS is not the father or guardian of T.H. or A.M., nor given permission by their mother, T.R.H., to take the children, that LEMONS did unlawfully abduct both T.H. and A.M. from T.R.H. Furthermore, LEMONS actions to evade law enforcement when contact was made in Johnston County, to include speeds of 130 mph, and

blocking T.R.H. and/or turning off his phone indicates that LEMONS intentionally took T.H. and A.M. from the care of T.R.H. with reckless disregard for their safety.

## CONCLUSION

16. Based upon the information provided above, there is probable cause to believe that on or about March 21, 2024, in the Eastern District of North Carolina and elsewhere, SHIFERAW NEGASH LEMONS committed the federal offense of Kidnapping, in violation of Title 18, United States Code, Section 1201. Therefore, your affiant respectfully requests that a warrant be issued for the arrest of SHIFERAW NEGASH LEMONS.

Respectfully submitted,

_____
Rachelle Glenn, Special Agent
Federal Bureau of Investigation

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit this ___1___ day of __April__, 2024.

_____
United States Magistrate Judge Robert B. Jones, Jr.